In the Matter of the Application of Alfred E. Vass, Respondent, for Relief by Peremptory Writ of Mandamus or Otherwise, v. J. Gabriel Britt and Others, Constituting the Board of Elections of the City of New York, Appellants.— Order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

John Derbyshire, Respondent, v. Keystone Varnish Company, Appellant.— On a careful re-examination of the record on appeal we see no reason for a reargument, and the motion is, therefore, denied, without costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

In the Matter of the Application of Adrian O. Schoonmaker and Others for Payment of Award Made to Unknown Owners, etc.— Motion granted and matter referred to J. Harry Snook, Esq., to take proof and report, with his opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Laura Van Zandt Owens, Appellant, v. Gouverneur M. Carnochan, as Surviving Executor, etc., Respondent, Impleaded with Others, Defendants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Richard Powers Phelan, Respondent, v. New York, New Haven and Hartford Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Richard Powers Phelan, Respondent, v. New York, New Haven and Hartford Railroad Company, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Matthew Reilly, Respondent, v. Alice Josephine Early, etc., Appellant. — Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

George W. Thurling, Appellant, v. Orinoco Steamship Company, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Roth Angevine, Respondent, v. Max Rosenwald, Appellant.— Order reversed, without costs, and default opened on payment of fifty dollars. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Sarah H. Barnes and Others, Respondents, v. Midland Railroad Terminal Company, Appellant. (Appeal No. 2.)— Order affirmed, without costs. No opinion. Burr, Thomas, Carr, Rich and Putnam, JJ., concurred.

Henry F. Booth, Appellant, v. James B. Clews, Respondent.— As the record does not show that the trial of this action will require the examination of a long account on either side, the order of reference is reversed, with ten dollars costs and disbursements, and motion denied, with ten